IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.: CR207-33

KALVIN LASHAWN MANGRAM
DENNIS MITCHELL

## ORDER

Presently before the Court are Defendant Dennis Mitchell's ("Mitchell") Objections to the Magistrate Judge's Report wherein he recommended Mitchell's Motion to Suppress be denied. The Magistrate Judge reasoned there was no violation of Mitchell's Fourth Amendment rights. In this same Report, the Magistrate Judge recommended that Defendant Kalvin Mangram's ("Mangram") Motion to Suppress be denied as well.

After an independent review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Mitchell's Objections to the Magistrate Judge's Report and Recommendation are without merit. The Motions to Suppress filed by Defendants Mitchell and Mangram are **DENIED**.

**SO ORDERED**, this _16_ day of _June_, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)